**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RECEIVED
ORIGINAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY 15 P 4: 16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _08CR1564-JAH_ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| _Michael Ray Daniel_ ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

_Veronica Rojas-Villanueva_

DATED: _5/15/08_

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _/s/ Huto_
Deputy Clerk